**[Submitting counsel listed on signature page]**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | Case No. 2:20-CV-03258-AB-GJS |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, VETERINARY SERVICES, et al., | |
| Defendants. | |

WHEREAS, the parties to this action, the Humane Society of the United States, Mercy for Animals, and Farm Sanctuary ("Plaintiffs"), and the United States Department of Agriculture, Animal and Plant Health Inspection Service, Veterinary Services ("APHIS-Veterinary Services"), Kevin Shea, Rosemary Sifford[1], and Mark Davidson, in their official capacities (jointly, "Federal Defendants"), have agreed to settle this dispute upon the terms set forth in the attached Settlement Agreement (attached as Exhibit 1).

Based on their settlement, the Parties hereby stipulate pursuant to Fed. R. Civ. Pro. 41 that this case may be dismissed with prejudice. The Parties further request that the Court retain jurisdiction for the sole purposes of resolving any disputes concerning the modification of or implementation of the Settlement Agreement as set forth in the Parties' Agreement.

---

[1] Dr. Rosemary Sifford has replaced Dr. Burke Healey as Deputy Administrator. Because Dr. Healey was sued in his official capacity, his successor, Dr. Sifford, is substituted in as a defendant pursuant to Fed. R. Civ. Pro. 25(d).

*HSUS v. USDA, APHIS*, No. 2:20-cv-03258, JOINT STIPULATION OF DISMISSAL -- 1

SO STIPULATED:

Dated:  June 1, 2022                    Respectfully submitted,

**TODD KIM**
**Assistant Attorney General**

 */s/ Paul G. Freeborne*
PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Temp. Tel: (202) 532-5271
Fax: (202) 305-0506
paul.freeborne@usdoj.gov

*Attorneys for Federal Defendants*

**SHEARMAN & STERLING LLP**

By:   */s/ Sophie Zander*
      Sophie Zander (*admitted pro hac vice*)
      John Gueli
      599 Lexington Avenue
      New York, NY 10022-6069
      (212) 848-4000
      jgueli@shearman.com
      sophia.zander@shearman.com
      *Attorneys for Plaintiffs The Humane*
      *Society of the United States, Mercy For*
      *Animals, and Farm Sanctuary*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE HUMANE SOCIETY OF THE UNITED STATES**

By:    */s/ Peter Brandt*
       Peter Brandt
       Laura J. Fox (*admitted pro hac vice*)
       1255 23rd Street, NW, Suite 450
       Washington, DC 20037
       (202) 452-1100
       pbrandt@humanesociety.org
       lfox@humanesociety.org

       *Attorneys for Plaintiff Humane Society of the United States*