JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | Case No. 2:20-CV-03258-AB-GJS |
| Plaintiffs, | **[~~PROPOSED~~] ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, VETERINARY SERVICES, et al., | Ctrm: 7B |
| | Judge: Hon. André Birotte Jr. |
| Defendants. | |

Upon consideration of the Parties' Settlement Agreement, the Parties' Joint Stipulation of Dismissal is **APPROVED** and this case is hereby **DISMISSED** with prejudice. The Court retains jurisdiction for the purpose of resolving any disputes concerning the modification of or implementation of the Settlement Agreement as set forth in the Parties' Agreement. **SO ORDERED.**

**June 3, 2022**

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge